# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN P. ETZKORN, individually, and on behalf of all other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:17-CV-02836 JAR |
| 3 DAY BLINDS LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Having been advised by counsel that a settlement has been reached in this matter,

**IT IS HEREBY ORDERED** that all deadlines in this case shall be **STAYED**.

**IT IS FURTHER ORDERED** that the parties are granted sixty (60) days from the date of this Order to file their joint motion for preliminary approval of settlement and any other motions or matters related to the case.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 13th day of March, 2018.