# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEVIN P. ETZKORN, individually, and on behalf of all other similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:17-CV-02836 JAR |
| 3 DAY BLINDS LLC, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Preliminary Approval of Class Settlement and Conditional Certification of Class for Settlement (Doc. No. 26) is set for hearing on **Friday, July 13, 2018 at 10:00 a.m. in Courtroom 12N**.

Dated this 5th day of July, 2018.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**