# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEVIN P. ETZKORN, individually, and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:17-cv-02836-JAR<br>) |
| 3 DAY BLINDS LLC, a Delaware limited liability company doing business in Missouri as 3DB of MO LLC, its registered name, | )<br>)<br>)<br>) |
| Defendant. | ) |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, FOR AN AWARD OF ATTORNEY FEES AND COSTS, AND FOR A CLASS REPRESENTATIVE SERVICE AWARD

Plaintiff Kevin P. Etzkorn ("Etzkorn" or "Plaintiff"), by and through his attorney, and respectfully move for final approval of a class action settlement, and states in support of his motion:

1. The parties entered into a class action settlement, which was preliminarily approved by this Court on July 13, 2018. Dkt. No. 30.

2. Notice was provided to Class Members through a comprehensive notice program as more fully described in the memorandum concurrently filed herewith.

3. The response from Class Members was so overwhelmingly positive that nearly 20,000 Class Members submitted claim forms, only six individuals opted out, and no individual objected to any portion of the settlement.

4. The settlement is in the best interests of the class and its terms and all other conditions warrant approval.

5. Plaintiff files concurrently herewith a memorandum in support of this motion setting forth applicable detail.

WHEREFORE, Plaintiff respectfully requests that the Court grant final approval of the settlement by: (1) approving the proposed settlement as fair, adequate, and reasonable for the Class Members; (2) determining that adequate notice was provided to the Class; (3) granting and approving an award of attorney's fees and costs; (4) granting and approving an incentive award to Plaintiff, (5) entering a final judgment and order, and (6) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,
THE SMITH LAW FIRM, LLC

  /s/ Neil Smith
Neil Smith, #56789MO
231 S. Bemiston Ave., Suite 800
Clayton, MO 63105
Phone: (314) 725-4400
Cellular: (314) 974-3266
neil@smithlawfirm.com
*Attorney for Plaintiff and proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of October, 2018, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, using the CM/ECF system, which will send notification of such filing to all counsel of record.

  /s/ Neil Smith